# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DEREK D. REAGANS, JR., | Case No. 12-cv-02190 YGR |
| Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| vs. | |
| ALLIEDBARTON SECURITY SERVICES LLC and DOES 1 TO 10, | |
| Defendants. | |

Pursuant to the Joint Stipulation of Dismissal With Prejudice filed by the parties (Dkt. No. 22) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, it is hereby **ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims in this action are DISMISSED WITH PREJUDICE. Each party shall bear his or its own costs in association with this case and its dismissal.

**IT IS SO ORDERED**.

Dated: August 22, 2012

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

Case No. 12-cv-02190 YGR
Order Dismissing Case With Prejudice