1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**OAKLAND DIVISION**

| | |
|---|---|
| DEREK D. REAGANS, JR., | ) Case No. 12-cv-02190 YGR |
| | ) |
| Plaintiff, | ) **ORDER DISMISSING CASE WITH** |
| vs. | ) **PREJUDICE** |
| | ) |
| ALLIEDBARTON SECURITY SERVICES LLC | ) |
| and DOES 1 TO 10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

11
12
13
14
15
16
17

Pursuant to the Joint Stipulation of Dismissal With Prejudice filed by the parties  (Dkt. No.

18  22) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, it is hereby

19  **ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims in this action are DISMISSED WITH

20  PREJUDICE.  Each party shall bear his or its own costs in association with this case and its dismissal.

21  **IT IS SO ORDERED**.

22

23  Dated: August 22, 2012

YVONNE GONZALEZ ROGERS
UNITED STATES  DISTRICT COURT JUDGE

24
25
26
27
28